UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAROLD JOSEPHS, Ph.D, P.E.,  Case No. 10-10660
an individual,  Hon. Paul D. Borman
 Magistrate Virginia M. Morgan

    Plaintiff,

vs.

SIGMA-ALDRICH CORPORATION,
a Delaware corporation,

    Defendant.
_____/

## NOTICE OF SUBSTITUTION OF COUNSEL

TO:    Clerk of the Court
        All Attorneys of Record

PLEASE TAKE NOTICE that the law firm of SOMMERS SCHWARTZ, P.C., by Andrew J. Kochanowski, Lisa Rycus Mikalonis, Kevin J. Stoops, and Henri O. Harmon have, this day, been substituted in the place of BROOKS KUSHMAN, P.C., attorneys Mark A. Cantor, Robert C.J. Tuttle, and John E. Nemazi, as attorneys for Plaintiff, Harold Josephs, Ph.D., P.E.

    SOMMERS SCHWARTZ, P.C.

    */s/ Andrew J. Kochanowski (P55117)*
    Lisa Rycus Mikalonis (P39485)
    Kevin J. Stoops (P64371)
    Henri O. Harmon (P70151)
    Attorneys for Plaintiff
    2000 Town Center, Suite 900
    Southfield, MI 48075
    (248) 355-0300

Dated: March 5, 2010

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
2000 TOWN CENTER • SUITE 900 • SOUTHFIELD, MICHIGAN 48075 • (248) 355-0300

## **PROOF OF SERVICE**

I certify that on March 5, 2010, I electronically filed the forgoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Robert C.J. Tuttle.

*/s/ Andrew J. Kochanowski (P55117)*
Sommers Schwartz, P.C.
2000 Town Center Drive, Suite 900
Southfield, MI  48075
(248) 355-0300
akochanowski@sommerspc.com
