IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HAROLD JOSEPHS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SIGMA-ALDRICH CORPORATION, )<br>)<br>Defendant. )<br>)<br>)<br>)<br>) | No. 2:10-cv-10660-PDB-VMM<br><br>Hon. Paul D. Borman<br><br>Magistrate Virginia M. Morgan |

**STIPULATED ORDER TO EXTEND TIME FOR DEFENDANT SIGMA-ALDRICH CORPORATION TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

At a session of said Court
held in the U.S. District Court
Eastern District of Michigan, Southern Division

on:_____March 15, 2010_____

PRESENT:__PAUL D. BORMAN___
United States District Judge Paul D. Borman

Plaintiff Harold Josephs and Defendant Sigma-Aldrich Corporation, having stipulated and agreed to an extension of thirty days, to April 11, 2010, for Defendant Sigma-Aldrich Corporation to file an answer or otherwise respond to Plaintiff's Complaint in the above-referenced matter, and the Court being fully advised in the premises;

It is hereby ORDERED that the time for Defendant Sigma-Aldrich Corporation to answer or otherwise respond to the Complaint is extended to April 11, 2010.

             s/Paul D. Borman
             PAUL D. BORMAN
             UNITED STATES DISTRICT JUDGE

Dated: March 15, 2010

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 15, 2010.

             s/Denise Goodine
             Case Manager

I hereby stipulate to entry of this order.

/s/ Lisa Rycus Mikalonis (P39485)
Sommers Schwartz, P.C.
2000 Town Center
Suite 900
Southfield, Michigan 48075
(248) 355-0300
*Attorney for Plaintiff*

/s/ Robert W. Unikel
Robert W. Unikel
unikelr@howrey.com
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, Illinois 60654
(312) 595-1239
IL 6216974

Cynthia M. Filipovich
Clark Hill PLC
500 Woodward Avenue
Suite 3500
Detroit, Michigan 48226
(313) 965-8372
*Attorneys for Defendant*