**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| HAROLD JOSEPHS, an individual, ) | |
| ) | |
| Plaintiff, ) | No. 2:10-cv-10660-PDB-VMM |
| ) | |
| v. ) | Hon. Paul D. Borman |
| ) | |
| SIGMA-ALDRICH CORPORATION, a ) | Magistrate Virginia M. Morgan |
| Delaware Corporation, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned hereby enters their Appearance on behalf of Defendant Sigma-Aldrich Corporation in the above-entitled matter.

Respectfully submitted,

CLARK HILL PLC
By: s/ David M. Hayes___
500 Woodward Avenue, Suite 3500
Detroit, Michigan  48226
dhayes@clarkhill.com
(313) 965-8520
P14764
Attorney for Defendant
*Sigma-Aldrich Corporation*

Dated: April 12, 2010

1

## CERTIFICATE OF SERVICE

I, David M. Hayes, hereby certify that on April 12, 2010, I caused a copy of the attached Notice of Appearance to be served upon counsel of record as follows:

**By CM/ECF Electronic Notification:**

Andrew Kochanowski
akochsnowski@sommerspc.com
Henri O. Harmon
hharmon@sommerspc.com
Kevin J. Stoops
kstoops@sommerspc.com
Lisa R. Mikalonis
lmikalonis@sommerspc.com
SOMMERS SCHWARTZ P.C.
2000 Town Center
Suite 900
Southfield, Michigan  48075-1100

*Attorneys for Plaintiff Harold Josephs*

Carolyn Bell Harbin
Carolyn.bell-harbin@usdoj.gov
U.S. Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, Michigan  48226

*Attorney for Interested Party United States of America*

s/ David M. Hayes